**Gertrude Sager, appellant, v. Edward Sager, appellee. Gen. No. 32,187.**

Bill for divorce and separate maintenance. Decree of divorce for defendant on his cross-bill. Appeal from the Superior Court of Cook County; the Hon. Harry A. Lewis, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed with directions. Opinion filed January 30, 1928.

Merton A. Coler, for appellant. Coburn, Kearney & Coburn, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois ex rel. Josephine H. Lawrence, appellant, v. James C. Denvir et al., appellees. Gen. No. 32,235.**

Mandamus to restore petitioner to civil service position. Writ awarded. Appeal from the Superior Court of Cook County; the Hon. Michael L. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 30, 1928. Rehearing denied February 11, 1928.

Robert E. Crowe, State's Attorney, by William B. Walrath, Assistant State's Attorney, for appellant; Hayden N. Bell, of counsel. Timothy J. Fell, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

**Archibald McFadden and Gus Kondrath for use of Gray, Newart & Company, appellees, v. Pennsylvania Railroad Company, appellant. Gen. No. 32,250.**

Action to collect assigned wages. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. E. E. Laughlin, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Reversed. Opinion filed January 30, 1928.

Loesch, Scofield, Loesch & Richards, for appellant; Oscar Lindstrand, of counsel. Henry H. Koven and Henry Perlman, for appellees.

Mr. Justice McSurely delivered the opinion of the court.

---

**Kleinberg Dress Company, Inc., appellant, v. Solomon Kovler, trading as Kovler's Princess Pat, appellee. Gen. No. 32,315.**

Action to recover for dresses sold on contract. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 30, 1928.

Moss & Ellman, for appellant. Max Krauss and James T. Fales, for appellee.

Mr. Justice McSurely delivered the opinion of the court.